
FILED
APR 10 2014
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| SARA L. CREECH,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security Administration,<br><br>Defendant. | CV 13-72-BLG-SEH<br><br>**ORDER** |

On March 25, 2014, United States Magistrate Judge Keith Strong entered his Findings and Recommendations in this matter.[1] Plaintiff filed objections on April 8, 2014.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

---

[1] Doc. 20.

[2] Doc. 21.

Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment (Doc. 9) is DENIED.

2. Defendant's Motion for Summary Judgment (Doc. 12) is GRANTED.

3. The Clerk is directed to enter judgment in favor of the Defendant.

DATED this 10th day of April, 2014.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge